# Order

Michigan Supreme Court
Lansing, Michigan

September 15, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

136680(103)

EDITH KYSER,
           Plaintiff-Appellee,

v

KASSON TOWNSHIP,
           Defendant-Appellant.
_____

SC: 136680
COA: 272516
Leelanau CC: 04-006531-CZ

      On order of the Chief Justice, the motion by the Michigan Municipal League for extension to August 31, 2009 of the time for filing their brief *amicus curiae* is considered and it is GRANTED.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 15, 2009

_____
Clerk